## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

SCHMITZ LAND CO., LLC., and
KIMBERLEE SCHMITZ,

      Plaintiffs,

     v.                                                        No. CV-2010-00578-WJ/DJS
RIO ARRIBA BOARD OF COUNTY
COMMISSIONERS, DANNY GARCIA
and RANDY MORFIN,

      Defendants.

## JUDGMENT

THIS MATTER comes before the Court upon the following motions:

•     Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, filed January 13, 2011 **(Doc. 25)**;

•     Plaintiffs' Motion for Leave to Amend Complaint, filed February 16, 2011 **(Doc. 34)**; and

•     Defendants' Motion for Protective Order and Stay of Discovery Pending Resolution of the Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction, filed February 24, 2011 **(Doc. 38)**.

Pursuant to the findings and conclusions set forth in the Memorandum Opinion and

Order which accompanies this Rule 58 Judgment;

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Defendants' Motion to

Dismiss for Lack of Subject Matter Jurisdiction **(Doc. 25)** is hereby GRANTED for reasons

described in this Memorandum Opinion and Order and that this action is DISMISSED for lack

of subject matter jurisdiction;

**IT IS FURTHER ORDERED and ADJUDGED** that Plaintiffs' Motion for Leave to Amend Complaint **(Doc. 34)** is hereby DENIED for reasons described in this Memorandum Opinion and Order; and

**IT IS FURTHER ORDERED and ADJUDGED** that Defendants' Motion for Protective Order and Stay of Discovery Pending Resolution of the Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction **(Doc. 38)** is hereby DENIED AS MOOT based on the Court's findings on the other motions.

**IT IS FINALLY ORDERED, ADJUDGED AND DECREED** that the Court's findings in the above motions render a final disposition of this case in its entirety.

_____
UNITED STATES DISTRICT JUDGE